UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Miguel A. Colon Gonzalez,
    Plaintiff,
        v.                          CASE NUMBER: 98-2215 (HL)
E. Brignonil,
    Defendant.

| MOTION |
|---|
| Date Filed: 10/27/98    Docket #2    [x] Plffs  [] Defts<br>Title: Prisoners' Civil Rights Complaint<br>Opp'n Filed:       Docket # |

| ORDER |
|---|
| Plaintiff is ordered to show good cause by November 10, 1999 why his claim should not be dismissed for failure to timely serve Defendant with process, pursuant Fed. R. Civ. P. 4(m). |

Date  10/17/99      HECTOR M. LAFFITTE
                            Chief U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |



