# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Miguel A. Colon Gonzalez,
    Plaintiff,
        v.                                **CASE NUMBER: 98-2215 (HL)**
E. Brignonil,
    Defendant.

*[Stamp: RECEIVED & FILED, CLERK'S OFFICE, U.S. DISTRICT COURT, SAN JUAN, P.R., 99 NOV -9 PM 2:33]*

## MOTION

Date Filed: 10/27/98    Docket #2    [x] Plffs  [] Defts
Title: Application to Proceed in Forma Pauperis
Opp'n Filed:    Docket #

## ORDER

Plaintiff's application to proceed in forma pauperis is denied because it is incomplete. The Court shall reconsider Plaintiff's application when Plaintiff has complied with the requirements of 28 U.S.C.A. § 1915 (West Supp. 1999). Thus, Plaintiff shall submit a certified copy of the trust fund account statement for the 6-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which the prisoner is or was confined.

Date 11/8/99                HECTOR M. LAFFITTE
                             Chief U.S. District Judge



