UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Miguel A. Colon Gonzalez,
    Plaintiff,
       v.                                       CASE NUMBER: 98-2215 (HL)
E. Brignonil,
    Defendant.

| MOTION | |
|---|---|
| Date Filed: 11/8/99    Docket #5    [] Plffs [] Defts | |
| Title: Order | |
| Opp'n Filed:    Docket # | |

**ORDER**

Plaintiff is ordered to show cause by December 21, 1999 why his complaint should not be dismissed for failure to comply with the Court's order of November 8, 1999, Dkt. No. 5.

Date 7/13/99        HECTOR M. LAFFITTE
                                 Chief U.S. District Judge


