UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Miguel A. Colon Gonzalez,
    Plaintiff,
       v.                                 CASE NUMBER: 98-2215 (HL)
E. Brignonil,
    Defendant.

## MOTION

Date Filed: 11/8/99    Docket #1    [x] Plffs [] Defts
Title: Motion to Proceed in Forma Pauperis
Opp'n Filed:    Docket #

## ORDER

    Plaintiff's application to proceed in forma pauperis is hereby granted. Because Plaintiff has submitted his prison trust account statement in compliance with 28 U.S.C.A. § 1915(a) (West Supp. 1999), the Court vacates its order of November 8, 1999 denying Plaintiff's application. Dkt. No. 5. According to the Court's calculations under 28 U.S.C.A. § 1915(b) (West Supp. 1999), Plaintiff shall make an initial filing fee payment of $31.96. The custodian of Plaintiff's prison trust account is therefore hereby ordered to make this initial payment and subsequent payments to the Court from Plaintiff's account in accord with 28 U.S.C.A. § 1915(b) (West Supp. 1999).

Date 12/30/99        HECTOR M. LAFFITTE
                              Chief U.S. District Judge

Warden FCC Coleman