UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Miguel A. Colon Gonzalez,
    Plaintiff,
    v.                                                        CASE NUMBER: 98-2215 (HL)
Edwin Brignonil,
    Defendant.

| MOTION |
|---|
| Date Filed: 1/7/00   Docket #9   [] Plffs [x] Defts |
| Title: Request for Extension of Time to Answer Complaint |
| Opp'n Filed:    Docket # |
| ORDER |

Granted. Defendant shall have until January 26, 2000 to answer or otherwise plead. Further, the Court's order of October 17, 1999, Dkt. No. 3, is hereby vacated in light of Fed. R. Civ. P. 4(c)(2) and 28 U.S.C. § 1915.

Date 1-21-00   HECTOR M. LAFFITTE
Chief U.S. District Judge


