## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Miguel A. Colon Gonzalez,
    Plaintiff,
       v.
Edwin Brignonil,
    Defendant.

**CASE NUMBER:** 98-2215 (HL)

---

### MOTION

| | |
|---|---|
| Date Filed: 1/26/00    Docket #11    [] Plffs [x] Defts | |
| Title: United States' Motion to Dismiss | |
| Opp'n Filed:       Docket # | |

### ORDER

Plaintiff is ordered to show cause by March 1, 2000 why his case should not be dismissed for failure to state a claim of a constitutional violation, as set forth in Defendant's Motion to Dismiss, Dkt. No. 11.

Date 2|3|0 0

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**

