UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Miguel A. Colon Gonzalez,
    Plaintiff,
    V.                            CASE NUMBER: 98-2215 (HL)
Edwin Brignonil,
    Defendant.

## MOTION

Date Filed: 2/14/00    Docket #13    [x] Plffs [] Defts
Title: Re! Defendants Motion to Dismiss
Opp'n Filed:    Docket #

## ORDER

Defendant is hereby ordered to send immediately a copy of the United States' Motion to Dismiss, Dkt. No. 11, to Plaintiff.

Date 2/25/00    HECTOR M. LAFFITTE
                      Chief U.S. District Judge

2

