UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Miguel A. Colon Gonzalez,
    Plaintiff,
    V.                                                 CASE NUMBER: 98-2215 (HL)
Edwin Brignonil,
    Defendant.

### MOTION

Date Filed: 3/3/00    Docket #16    [] Plffs  [x] Defts
Title: Defendant's Motion in Regards to Order of February 25, 2000
Opp'n Filed:    Docket #

### ORDER

The Court notes that Plaintiff has acknowledged receipt of Defendant's Motion to Dismiss, Dkt. No. 11, at least as early as February 17, 2000. Defendant has thus complied fully with the Court's order, Dkt. No. 14.

Date 3/8/00                HECTOR M. LAFFITTE
                                Chief U.S. District Judge


