ENTERED ON DOCKET
3/15/00 PURSUANT
TO FRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

MIGUEL A. COLON GONZALEZ,
Plaintiff,

v.

EDWIN BRIGNONIL,
Defendant.

Civil No. 98-2215 (HL)

## JUDGMENT

The Court having issued an Opinion and Order on this same date, judgment is hereby entered dismissing this case with prejudice.

IT IS SO ORDERED
In San Juan, Puerto Rico
This 14th day of March, 2000

_____
HECTOR M. LAFFITTE
Chief United States District Judge





AO 72A
(Rev 8/82)